[No. 45402-1-I.   Division One.   October 2, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENDA DALE MACK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02697-3, Michael Hayden, J., entered August 5, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45258-4-I.   Division One.   October 2, 2000.]

NELLIE T. CRANE, ET AL., *Appellants*, v. THE STATE OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-10959-9, Richard A. Jones, J., entered September 2, 1999. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster, J., and Howard, J. Pro Tem. Now published at 103 Wn. App. 427.

[No. 45124-3-I.   Division One.   October 2, 2000.]

*In the Matter of the Marriage of* MELODY R. BARONE, *Respondent*, and EDWIN S. WHITNEY, *Appellant*.

Appeal from judgments of the Superior Court for Skagit County, No. 98-3-00441-6, John M. Meyer, J., and Dave Needy, J. Pro Tem., entered May 26 and June 18, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44870-6-I.   Division One.   October 2, 2000.]

*In the Matter of the Personal Restraint of* DONALD FONVILLE, *Petitioner*.

Petition for relief from personal restraint. Petition *granted* by unpublished per curiam opinion.